AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 31, 2020, 1:08pm
Michelle Rynne, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MAKOA K.F. WILSON | ) | Case No. Mag. No. 20-01040 RT |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MAKOA K.F. WILSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Hobbs Act Robbery
18 U.S.C. §§ 924(c)(1)(A)(ii) & (iii) - Firearm Offense

Date: August 17, 2020 at 4:03 p.m.

Rom A. Trader
United States Magistrate Judge

City and state: Honolulu, Hawaii

### Return

This warrant was received on *(date)* 08-17-20, and the person was arrested on *(date)* 08-18-20
at *(city and state)* WAIANAE, HAWAII.

Date: 08-18-20

*Arresting officer's signature*

HSI TFO DOUGLAS LEE
*Printed name and title*